■ In the Matter of PARENTS ASSOCIATION OF THE RAFAEL HERNANDEZ ELEMENTARY SCHOOL C.E.S. 235 et al., Appellants, v NEW YORK CITY BOARD OF EDUCATION et al., Respondents. [609 NYS2d 811] —Appeal by the petitioner from a judgment of the Supreme Court, Kings County (Krausman, J.), dated January 27, 1992.

Ordered that the judgment is affirmed, with costs, for rea-

sons stated by Justice Krausman at the Supreme Court. Sullivan, J. P., Ritter, Pizzuto and Friedmann, JJ., concur.